**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 14-1665**

_____

BEATTIE B. ASHMORE, in his Capacity as Court Appointed
Receiver for The Three Hebrew Boys,

            Plaintiff - Appellee,

    v.

FELEICIA COOK,

            Defendant - Appellant.

_____

Appeal from the United States District Court for the District of
South Carolina, at Columbia.    Margaret  B.  Seymour,  Senior
District Judge.  (3:13-cv-01449-MBS)

_____

Submitted:  November 14, 2014      Decided:  November 18, 2014

_____

Before WYNN and DIAZ, Circuit Judges, and DAVIS, Senior Circuit
Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Feleicia Cook, Appellant Pro Se.   Lauren Price, Lewis Walter
Tollison, III, TOLLISON LAW FIRM, Greenville, South Carolina;
Thomas  Edward  Vanderbloemen,  GALLIVAN,  WHITE  &  BOYD,  PA,
Greenville, South Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Feleicia Cook appeals the district court's order denying her Fed. R. Civ. P. 59(e) motion for reconsideration of the court's order granting summary judgment to the Plaintiff. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Ashmore v. Cook, No. 3:13-cv-01449-MBS (D.S.C. June 24, 2014). We grant Cook leave to proceed in forma pauperis. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED